Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 17–27391
Chapter: 13
Judge: Janet S. Baer

In Re:
   Scott D. Hoffman
   dba Top Gun Football Training
   606 Donegal Drive
   Elgin, IL 60124

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7677

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 1, 2019

FOR THE COURT

Dated: March 4, 2019                                        Jeffrey P. Allsteadt , Clerk
                                                                                    United States Bankruptcy Court